

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2019

No. 04-19-00097-CV

Laura Zamora **BERINGER**,
Appellant

v.

Michael **BERINGER**,
Appellee

From the County Court at Law No 1, Webb County, Texas
Trial Court No. 2017FLB001191C1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

The Appellant's Motion for Leave of Court to Submit Brief and Motion to Retain Case on Docket are hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk